UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NAIRA KIRAKOSIAN,

                          Petitioner,

v.

WARDEN OF OTAY MESA
DETENTION CENTER,

                          Respondent.

Case No.:  26-cv-315-JO-DDL

**ORDER GRANTING THE
PETITION FOR WRIT OF HABEAS
CORPUS [DKT. 1]**

Petitioner Naira Kirakosian filed a petition for writ of habeas corpus. Dkt. 1. The Court held oral argument on February 5, 2026. For the reasons stated on the record, the Court ORDERS as follows:

1. The Court GRANTS Petitioner's habeas petition [Dkt. 1].

2. Respondent is ORDERED to release Petitioner **by 5 p.m. on February 6, 2026**. Respondent is ORDERED to file an affidavit attesting to Petitioner's release **by 5 p.m. on February 9, 2026**.

3. Respondent may hold a bond hearing at any time but is ENJOINED from redetaining Petitioner unless, at such bond hearing, the Government carries its

1

26-cv-315-JO-DDL

burden of proving by clear and convincing evidence that Petitioner is a danger to the community or a flight risk that cannot reasonably be addressed by bond. *See Singh v. Holder*, 638 F.3d 1996, 1203 (9th Cir. 2011).  The immigration judge must consider Petitioner's financial circumstances and alternatives to bond as necessary in setting conditions of release. *See Hernandez v. Sessions*, 872 F.3d 976, 1000 (9th Cir. 2017).

4. If Respondent plans to redetain Petitioner pursuant to the outcome of this bond hearing, it shall first file a declaration attesting to full compliance with these obligations.  Respondent is ENJOINED from redetaining Petitioner **until 48 hours after** filing the declaration.

**IT IS SO ORDERED**.

Dated:  February 5, 2026

_____

Honorable Jinsook Ohta
United States District Judge